# UNITED STATES COURT OF APPEAL
## FOR THE ELEVENTH CIRCUIT

_____

Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing

Clerk's Office
Room 13-104
Jacksonville, Florida 32202
(904) 301-5665

HEARING LOCATION

Gerald B. Tjoflat Courtroom, 13th Floor
United States Courthouse
300 North Hogan Street
JACKSONVILLE, FLORIDA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed thirty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### MONDAY, NOVEMBER 3, 2025

| | |
|---|---|
| 22-14192 | United States v. Steven Chun, et al., Appellants |
| 22-14126 | United States v. Sylvanis Brice, et al., Appellants |
| 23-12275 | Sadik Baxter, Appellant v. Secretary, Florida Department of Corrections |
| 24-12638 | The Lane Construction Corporation, Appellant v. Skanska USA Civil Southeast, Inc., et al. |

### TUESDAY, NOVEMBER 4, 2025

| | |
|---|---|
| 23-13888 | United States v. David Copeland, Appellant |
| 24-12448 | United States v. Kevan Gibbs, II, Appellant |
| 24-13640 | Upside Foods Inc., Appellant v. Commissioner, Florida Department of Agriculture, et al. |
| 24-12563 | Alyosha Tunkle, M.D., Appellant v. Reliastar Life Insurance Company |

### WEDNESDAY, NOVEMBER 5, 2025

| | |
|---|---|
| 19-14279 & 22-12968 | United States v. Jamaal Hameen, Appellant |
| 24-12128 | United States v. Rufino Robelo-Galo, Appellant |
| 24-13756 | Joshua Hubbert v. Kenny Brinley, Appellant |
| 24-12662 & 24-12964 | Dennis Scott, et al. v. City of Daytona Beach, Florida |

### THURSDAY, NOVEMBER 6, 2025

| | |
|---|---|
| 24-10672 & 24-10937 | United States v. Michael Shirley, Appellant |
| 23-11033 | Kenard Singh, Appellant v. Secretary, Department of Corrections, et al. |
| 24-11246 | Phyllis Geyer, Appellant v. Commissioner of Social Security |
| 24-13547 | African People's Education and Defense Fund, Inc., Appellant v. Pinellas County |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
08/29/25 - #2